U.S. District Court of Middle Florida
Office of the clerk ; Hon Senior Judge ; Kandal Sharp
February 16, 2017

Jevgini Sarokin
Young Yil Jo, et al,
A petitioner

V.

Six unknown names agents
Or M r president of the
United States Barack Obama
Respondents

OR MR Donald Trump
President of U.S.

Under 42 usc 1983 a civil rights action  own solely
with a writ of summons and a complaint by federal or the law of the state
Chief Justice John Roberts and Attorney General Eric Holder under due pro
cessequal rights en banc pass a resolution a pleader injury entitled to redress
requiredattained confirmed a petition for a writ of certiorari and a reversal of a
review of his conviction and a remanded a decision a recover on a theory persi
st insist firmly for injury

no Tax

Plus triple damages or illegal discrimination include price by jury trial
Entering a final judgment one lump sum a limit one

An adopted in full a proper a writ of execution account a petition for reconsider a foreign state an application by
a party to a determination naturalize a reasonable amount total real to redress a prompt pay in full within ten days pay
duties in a more any rights to sue or any conviction victims injury to sue to redress required a writ of attachment garni
shment an ownership amount of damages is five millions dollars and plus one hundred millions dollars to
Sarokin 26925-018, Jo 01183-112, et al,  Deposit in the bank a tax payer an equity pay in full within ten days
for a determination a motion to set aside a judgment of his conviction and a remanded one to fifty years treasury notes
for a determination a selected by supreme court of the united states or Mr. president of the united states Barack
Obama a privilege a pardon an amnesty a bill of possession guarantee a right in union I am injured to redress required
real obtain secure exact realized attained confirmed solely own by jury trial of receipt immediately a disposition a sett
lement an earlier an amended a properly a valid a treaty a petition for reheaing an order a policy a rule a qualification a
reinstate an indemnity a restitution I believe I am entitled to redress a fact a genuine dispute a motion for summary had
gment a final judgment an agreement

Young hif Jo

20% Donate To Pentagon

A prayer a claim by Jevgini Sarokin 26925-018, Young Yil Jo 01183-112, et al, a pro se party a required
names of                                                                          parties

A claim a complaint a plaintiff a person an individual individuals a remedy remedies his injury claim a timely a pe
tition for a writ of habeas corpus a decision in habeas corpus a case cases claims a key a default once a claim for relief
no more than 30 days a private a privacy right alone suffice a master a special master issues a showing a matter of
rights a title a demurrer a brief briefs a state a statute a statement in such a proceedings a right a decision an immediat
ely determination a rights for First Fifth Eleventh and Fourteenth Amendments ART III  28 usc d. f. conclusion of suit
in other proceedings commenced unconstitutional conviction by witness perjury false state assume infer presumption
no racial discrimination in good faith good conscience unnecessary delay unconstitutional detention torture an innoce
nt families in America reside in America no deportation no attempt or conspiracy charged no alleged misconduct an
appropriate a society a u.s. citizen card a release a permit a suffice an active a budget each fiscal year a motion for
panel reconsider granted a redress required a classes actions 30 days deadline guarantee donate to pentagon five hun mi
lion dollars a stay by jury prompt jurisdiction grounds motions issues parties pleadings amendments claim for relief
enough pleader is entitled to relief adequate adopted all others pleadings same pleadings result matters all parties
raise others relief may granted equal protection all other amendments a party a party may amend same remedies by
democratic remove continue guarantee in union PLRA 3 or more 50 more antitrust laws a motion to amend and relief
by jury in immediately and immediately release from custody

I had been 262 months sentenced for nothing evidence induced a petition for a writ of
Certiorari to a writ of review a writ of judgment of review of conviction by u.s. supreme court
of 3 judges immediately and determination De novo for Infringed presumption innocence
I had more than four years in confines in Jail in an Institutions Refused Denture service Disapproved
for my account money for sanctions Broken a my leg an important Federal question an important
matter the a warrant purchased Liable for Injuries no illegal
custody in prisons Sanctions at any time Immediately 28 usc 1746. 1915 g.H.
Innocent Purchaser Bona Fide purchaser in good Faith purchaser To conveyance by Jury Today

A  NOTICE OF APPEAL

UNITED STATES DISTRICT COURT
FOR THE
*Middle* DISTRICT OF *Florida*

*Jevgini Sarokin*
*Young yil Jo, et al.,*
A PETITIONER

V.

SIX UNKNOWN NAMES AGENTS
OR MR PRESIDENT OF THE
UNITED STATES BARACK OBAMA
RESPONDENTS

A NOTICE OF APPEAL

*16-cv-886-GKs-DAB*

DOCKET NO;

NOTICE IS HEREBY GIVEN THAT -------- *Jevgini Sarokin 26925-018*
*Young yil Jo 01183-112, et al.,*
PARTY

HEREBY APPEALS TO THE UNITED STATES COURT OF APPEALS FOR THE *11th* CIRC
UIT  describe it ENTERED IN THIS ACTION ON THE  *16*  DAY OF *February* , 2014 *7*
*For admission  a Judgment of conviction is acquitted and scotted by*
*a jury admitted within Ten days*          *Innocent*
*28 USC 1915 8.4.*

*names of*
-----------------------------
SIGNATURE

*Jevgini Sarokin and Young yil Jo*
PRINTED NAME

WITHOUT FEE, FOR SERVICE
WITHOUT CONFERENCE, AN APPROPRIATE
AN INDEMNITY A RESTITUTION A REINSTATE
AN AMENDED IN GOOD FAITH  ~~GOOD CONCIENCE~~
AN APPEAL

ADDRESS;
-----------------------------------

DATE; *February 16, 2017*